HENRY E. RUSSELL, *et al.*, V. ISAAC HUDSON.

EJECTMENT, brought in the district court of Wilson county by *Hudson* against *R. G. Chitwood* and wife, and *Joshua Chitwood* and wife, to recover the possession of certain lands situate in that county — the plaintiff's title thereto being based upon certain tax deeds. The two first above-named defendants were afterward discharged from the action, and *Russell* was made a party defendant in their stead. Judgment for the plaintiff, at the February Term, 1880, of the district court. The defendants bring the case here.

*Gillett & Forde*, for plaintiffs in error.

*S. S. Kirkpatrick*, for defendant in error.

*Per Curiam:* The judgment of the court below in this case will be reversed, upon the authority of the decision made in the case of *Corbin v. Young*, ante, p. 198, first point in the syllabus. See Gen. Stat. of 1868, p. 1046, § 81; Laws of 1869, p. 240, § 1; Laws of 1874, p. 207, § 3; Laws of 1876, p. 85, § 106; Comp. Laws of 1879, p. 960, § 106. The statutes of Kansas, since 1868, and before, have required that the *place* of sale of lands for delinquent taxes shall be stated in the county treasurer's notice of sale. This cause will be remanded to the court below for further proceedings.